**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-24130-CIV-MORENO**

VALERIA ALVAREZ,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____/

### STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677

It is hereby stipulated by and between the undersigned Plaintiff, Valeria ("Plaintiff"), and the Defendant, United States of America, by and through their respective attorneys, as follows:

1.     The Parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 (hereinafter referred to as "Stipulation for Compromise Settlement").

2.     The United States of America agrees to pay the sum of Fifty Thousand Dollars ($50,000) (the "Settlement Amount"), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this Stipulation for Compromise Settlement, including any claims for wrongful death, for which Plaintiff or her guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

 Scanned with CamScanner

*Alvarez v. United States of America*, CASE 23-24130-CIV-MORENO
**Stipulation for Compromise Settlement**

3.      Plaintiff and her guardians, heirs, executors, administrators or assigns hereby agree to accept the sums set forth in this Stipulation for Compromise Settlement in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which she may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages.  Plaintiff and her guardians, heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from and against any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by Plaintiff or her guardians, heirs, executors, administrators or assigns against any third party or against the United States of America, including claims for wrongful death.

4.      This Stipulation for Compromise Settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States of America, its agents, servants, or employees, and it is specifically denied that they are liable to the Plaintiff.  This Stipulation for Compromise Settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

5.      This Stipulation for Compromise Settlement and Release constitutes the complete understanding of the parties. Plaintiff acknowledges that she has not relied on any representations, promises, or agreements of any kind made to her in connection with the decision to accept this

2

Scanned with
CamScanner

*Alvarez v. United States of America*, CASE 23-24130-CIV-MORENO
**Stipulation for Compromise Settlement**

Stipulation for Compromise Settlement and Release, except for those expressly set forth in this Stipulation for Compromise Settlement and Release. This Stipulation for Compromise Settlement and Release may not be modified, altered, or changed except upon express written consent of both parties. This Stipulation for Compromise Settlement and Release is a joint product and will not be construed as being drafted by either party.

6. It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the Plaintiff will be paid out of the Settlement Amount and not in addition thereto.

7. It is also understood by and among the parties that pursuant to 28 U.S.C. § 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 per centum of the Settlement Amount.

8. The persons signing this Stipulation for Compromise Settlement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the Stipulation for Compromise Settlement. In the event that Plaintiff is a legally incompetent adult, Plaintiff must obtain Court approval of the Stipulation for Compromise Settlement at Plaintiff's expense. Plaintiff agrees to obtain such approval in a timely manner, time being of the essence. Plaintiff further agrees that the United States of America may void this Stipulation for Compromise Settlement at its option in the event such approval is not obtained in a timely manner. In the event Plaintiff fails to obtain such Court approval, the entire Stipulation for Compromise Settlement is null and void.

9. Payment of the Settlement Amount will be made by government wire transfer as per the following:

A. Name of Bank: **Bank of America**
B. Street Address of Bank: **10750 Alpharetta Hwy.**
C. City, State and Zip Code of Bank: **Roswell, GA 30076**

3

Scanned with
CamScanner

*Alvarez v. United States of America*, CASE 23-24130-CIV-MORENO
**Stipulation for Compromise Settlement**

D. Federal Reserve Number: **480228**
E. Routing Number: **026 009 593 (wires)**
F. Name of Account: **Busch, Mills & Slomka, LLP**
G. Account Number: **229 059 812 567**

Plaintiff's attorney agrees to satisfy, resolve or to place in escrow sufficient funds to satisfy all liens or claims for payment or reimbursements asserted by any individual or entity before making any distribution to the Plaintiff. Plaintiff's attorney agrees to distribute the settlement proceeds to the Plaintiff.

10. The parties agree to, within 5 days of execution of this agreement, jointly obtain a dismissal of the above-captioned action with prejudice, with each party bearing its own fees, costs, and expenses.

11. Any income tax obligation, be it federal, state, or municipal, related to the Settlement Amount in this Stipulation for Compromise Settlement and Release will be the sole and the exclusive responsibility of the Plaintiff and her attorney. Plaintiff expressly releases the United States of America and its agencies, employees, attorneys, and representatives of all responsibility and promises to cover any and all costs for any risks and/or legal expenses related to income tax responsibility of said payment.

12. The parties agree that this Stipulation for Compromise Settlement, including all the terms and conditions of this Stipulation for Compromise Settlement and any additional agreements relating thereto, may be made public in their entirety, and the Plaintiff expressly consents to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

13. It is contemplated that this Stipulation for Compromise Settlement may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

4

Scanned with
CamScanner

MARKENZY LAPOINTE
UNITED STATES ATTORNEY


JOHNATHAN D. LOTT
Assistant United States Attorney
Florida Bar No. 0116423
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Phone: (954) 660-5931
*Counsel for Defendant United States of America*

Executed this 8th day of Oct. 2024.

[continued to next page]

5

Scanned with
CamScanner

*Alvarez v. United States of America*, CASE 23-24130-CIV-MORENO
**Stipulation for Compromise Settlement**

*Bryan E. Busch*
*Busch Mills & Slomka LLP*
*3000 Heritage Walk, Suite 304*
*Milton, GA 30004*
*404.800.4062 (direct dial)*
*770.265.6245 (mobile)*
*bb@buschmills.com (email)*
*Counsel for Plaintiff*

Valeria Alvarez
*Plaintiff*

Executed this __07__ day of __October__, 2024

6

Scanned with CamScanner